UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRETT, INC.,<br><br>                      Plaintiff,<br><br>          -v.-<br><br>TISHMAN CONSTRUCTION CORPORATION OF NEW YORK,<br><br>                    Defendant. | 22 Civ. 2067 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On May 23, 2022, the Court was notified of the parties' desire to adjourn the initial pretrial conference in this matter and to refer this matter to a magistrate judge for a settlement conference. Accordingly, the initial pretrial conference scheduled for May 27, 2022, is hereby ADJOURNED *sine die*. The Court will not endorse Plaintiff's proposed Case Management Plan and Scheduling Order (Dkt. #13) at this time. The Court will issue an Order under separate cover referring this case to Magistrate Judge Barbara C. Moses for a settlement conference.

      SO ORDERED.

Dated: May 23, 2022
            New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge